ACCEPTED
01-14-01016-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 3:21:46 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-01016-CR

| | | |
|---|---|---|
| GERARDO TAPIA-LOPEZ | X | IN THE FIRST COURT OF APPEALS |
| | X | |
| | X | |
| VS. | X | |
| | X | |
| | X | |
| THE STATE OF TEXAS | X | OF THE STATE OF TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 3:21:46 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

COMES NOW, GERARDO TAPIA-LOPEZ, Appellant, and moves for an extension of thirty (30) days in which to file the Appellant's brief in this case, until and including April 20, 2015, and shows:

A. The deadline for filing the Appellant's Brief in this cause is currently Friday, March 20, 2015.

C. A request is hereby made for an extension of time to file the Appellant's Brief, until and including Monday, April 20, 2015.

D. The undersigned attorney, Bob Wicoff, has been unusually busy with other matters which have kept him from completing the brief by the current deadline, including, but not limited to, the following:

FEANYICHI UVUKANSI VS. THE STATE OF TEXAS; No. 01-14-00527-CR; Appellant's brief filed on March 9, 2015 (capital murder);

GRISELDA AZA VS. THE STATE OF TEXAS; Nos. 14-14-00241-CR and 14-14-00242-CR; Appellant's brief filed on March 11, 2015;

RICHARD ANTHONY SCOTT VS. THE STATE OF TEXAS; No. 14-14-00726-CR; Appellant's brief filed on March 18, 2015;

NORMA SANCHEZ VS. THE STATE OF TEXAS; No. 14-14-00780-CR; Appellant's brief filed on March 19, 2015;

JAMIE IBARRA VS. THE STATE OF TEXAS; No. PD-0206-15; Appellant's PDR due on March 25, 2015.

Additionally, the undersigned serves on the Texas Forensic Science Commission Hair Microscopy Panel, as part of a team reviewing hundreds of cases involving possible errors in expert testimony. The undersigned also has ongoing administrative duties in his position as chief of the appellate division of the Harris County Public Defender's Office.

D. No previous extensions have been requested.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Bob Wicoff
**BOB WICOFF**
1201 Franklin, Thirteenth Floor
Houston Texas 77002
(713) 274-6781
TBA No. 21422700
Bob.wicoff@pdo.hctx.net

**CERTIFICATE OF SERVICE**

A true copy of this motion has been served electronically on the Harris County

District Attorney's Office Appellate Division on the 20th day of March, 2015.


/s/  Bob Wicoff
**BOB WICOFF**